**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01467-CV

**CERGON, INC. D/B/A PRIMO'S BAR & GRILL AND EDWARD CERVANTES,**
**Appellants**

**V.**

**CHEUNG-LOON, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-9267-G**

## ORDER

By order entered July 17, 2014, we granted appellants' counsel's motion to withdraw, leaving Cergon, Inc. d/b/a Primo's Bar & Grill and Edward Cervantes without counsel. Because a corporation may only appear in this Court through an attorney, we ordered Cergon to notify the Court, within thirty days of the date of the order, of new counsel's name, state bar number, and contact information. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1997) (per curiam). We further cautioned Cergon that failure to comply would result in dismissal of its appeal. To date, Cergon has not responded to the Court's July 17, 2014 order, and no attorney has filed a notice of appearance on Cergon's behalf. Accordingly, we dismiss Cergon's appeal.

Cervantes's appeal remains pending and his brief remains due September 19, 2014.

/s/     ELIZABETH LANG-MIERS
JUSTICE